# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PATRICK H., | Case No. 18-CV-1841 (NEB/HB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| SECRETARY OF DEPARTMENT OF HOMELAND SECURITY; JEFFERSON SESSIONS, Attorney General; SCOTT BANIECKE, ICE Field Office Director; and KURT FREITAG, Freeborn County Sheriff, | |
| Respondents. | |

The Court has received the November 6, 2018 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. [ECF No. 27.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 27] is ACCEPTED;

2. The Petition for Writ of Habeas Corpus [ECF No. 1] is DENIED in part, and DENIED WITHOUT PREJUDICE in part, as set forth fully in the Report and Recommendation; and

3. This action is DISMISSED AS MOOT in part, and DISMISSED FOR LACK OF JURISDICTION in part, as set forth fully in the Report and Recommendation.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: December 26, 2018                BY THE COURT:

                                        s/Nancy E. Brasel
                                        Nancy E. Brasel
                                        United States District Judge